United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18751-amc
Kenyatte F Temple                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 1            Date Rcvd: Dec 20, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db              +Kenyatte F Temple,    1519 E. Duval Street,    Philadelphia, PA 19138-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
     ANDREW   SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
     ANN E. SWARTZ    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
     D. TROY SELLARS    on behalf of Creditor    Ocwen Loan Servicing, LLC D.Troy.Sellars@usdoj.gov
     DAVID M. OFFEN    on behalf of Debtor Kenyatte F Temple dmo160west@gmail.com,
      davidoffenecf@gmail.com
     KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC KMcDonald@blankrome.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     PAUL WILLIAM CRESSMAN    on behalf of Creditor    Residential Credit Solutions, Inc. paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                      TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: Kenyatte F. Temple | | |
| | Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC | Movant | |
| vs. | | NO. 13-18751-AMC |
| Kenyatte F. Temple | Debtor(s) | |
| William C. Miller | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this **19th** day of **December**, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1519 E Duval Street, Philadelphia, PA 19138-1103 ("Property), as to Movant, its successors or assignees.

Ashely M. Chan
United States Bankruptcy Judge

Kenyatte F. Temple
1519 E. Duval Street
Philadelphia, PA 19138

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532