United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18751-amc
Kenyatte F Temple                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db           +Kenyatte F Temple,    1519 E. Duval Street,    Philadelphia, PA 19138-1103
cr           +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
13163187    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13163188     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13728416     +DITECH FINANCIAL LLC,    PO BOX 44265,    JACKSONVILLE, FL 32231-4265
13163191     +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
13204653     +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    1100 Virginia Drive, Suite 175,
               Fort Washington, PA 19034-3278
13163193      Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,
               Philadelphia, PA 19103-1814
13163194      Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13163195     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13645854      Residential Credit Solutions, Inc.,    Customer Service,    P.O. Box 163229,
               Fort Worth, TX 76161-3229
13163196     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:36     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13264561      E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:36     City of Philadelphia,
               Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13163189      E-mail/Text: bankruptcy@fncbinc.com Sep 20 2018 02:28:41     First National Collect,
               610 Waltham Way,    Mccarran, NV 89434
13163190     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 02:29:15     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13243264      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:39:38
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13163192     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 20 2018 02:28:50     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              ANN E. SWARTZ    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              D. TROY SELLARS    on behalf of Creditor    Ocwen Loan Servicing, LLC D.Troy.Sellars@usdoj.gov
              DAVID M. OFFEN    on behalf of Debtor Kenyatte F Temple dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Residential Credit Solutions, Inc. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kenyatte F Temple
    Debtor(s)

Bankruptcy No: 13−18751−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/19/18

57 − 56
Form 138_new