United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 13-18751-amc
Kenyatte F Temple                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: YvetteWD            Page 1 of 2              Date Rcvd: Nov 05, 2018
                               Form ID: 206              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
```
db             #+Kenyatte F Temple,    1519 E. Duval Street,    Philadelphia, PA 19138-1103
cr              +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                  Dallas, TX 75254-7883
13163187       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13163188        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13728416        +DITECH FINANCIAL LLC,    PO BOX 44265,    JACKSONVILLE, FL 32231-4265
14201897        +Ditech Financial LLC,    c/o Raymond M. Kempinski, Esq.,    123 South Broad Street, Suite 1400,
                  Philadelphia, PA 19109-1060
13163191        +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
13204653        +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    1100 Virginia Drive, Suite 175,
                  Fort Washington, PA 19034-3278
13163193         Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,
                  Philadelphia, PA 19103-1814
13163194         Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13163195        +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13645854         Residential Credit Solutions, Inc.,    Customer Service,    P.O. Box 163229,
                  Fort Worth, TX 76161-3229
13163196        +Xerox Soluti,   Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:51     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 02:40:38      Pennsylvania Department of Revenue,
                  Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2018 02:40:50      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13264561         E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:51     City of Philadelphia,
                  Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13163189         E-mail/Text: bankruptcy@fncbinc.com Nov 06 2018 02:40:30     First National Collect,
                  610 Waltham Way,    Mccarran, NV 89434
13163190        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 02:40:45     Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13243264         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:47:21
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13163192        +E-mail/Text: bankruptcygroup@peco-energy.com Nov 06 2018 02:40:35     Peco Energy,
                  2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2          Date Rcvd: Nov 05, 2018
                              Form ID: 206              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              D. TROY SELLARS    on behalf of Creditor    Ocwen Loan Servicing, LLC D.Troy.Sellars@usdoj.gov
              DAVID M. OFFEN    on behalf of Debtor Kenyatte F Temple dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Residential Credit Solutions, Inc. paeb@fedphe.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kenyatte F Temple                                    Case No: 13−18751−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☒ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

                                          For The Court

Dated: 11/5/18                                              Timothy B. McGrath
                                                                               Clerk of Court